**Slip Op. 08-126**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| TRUSTEES IN BANKRUPTCY OF NORTH AMERICAN RUBBER THREAD CO., INC., FILMAX SDN. BHD., HEVEAFIL USA, INC., AND HEVEAFIL SDN. BHD.,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES,<br><br>          Defendant. | Before: Richard W. Goldberg,<br>      Senior Judge<br><br>Consol. Court No. 05-00539 |

<u>**JUDGMENT**</u>

Upon consideration of defendant's motion for entry of final judgment, and all other pertinent papers, it is hereby

**ORDERED** that the defendant's motion is granted; and it is further

**ORDERED** that this Court's order of June 10th, 2008 is vacated to the extent that it remands this action to the Department of Commerce for further proceedings; and it is further

**ORDERED** that the Department of Commerce shall initiate a changed circumstances review pursuant to 19 U.S.C. § 1675(b); and it is further

**ORDERED** that all further claims are dismissed as unripe.


Dated: November 21, 2008        /s/ Richard W. Goldberg
      New York, New York      Richard W. Goldberg
                                Senior Judge